DISTRICT COURT.    OCTOBER 28, 1861.
ADMIRALTY.

## THE UNITED STATES *v.* HORSES.

When the seizure is on land the burden of proof of hostile ownership and of destination to a hostile district, is on the United States.

### PRIZE.

### CADWALADER, J.

I am of opinion that in this case the seizure having been on land the burden of proof is on the United States, and that the proof is insufficient on their part upon each of the two points of alleged hostile ownership and of the alleged destination to a hostile State or district, and consequently that the prosecution cannot be maintained upon the statute on which it is founded. The claimants praying by their counsel in open court a simple decree of restitution without any order on the subject of costs or charges. It is ordered that the property seized be liberated from custody and restored to the claimant.

---

DISTRICT COURT.    NOVEMBER 1, 1861.
ADMIRALTY.

### THE SALVOR.

1. In prize cases it is the duty of the naval captors who send a vessel into port for adjudication to send also a sufficient number of the persons taken in her, including, in ordinary cases, the master and mate, for examination.

2. When captured vessels are brought into port, the care and custody of prisoners and persons brought in for examination, is not judicial. It is military and not civil unless they are charged with a criminal offence and surrendered under it.

3. Duty of prize masters.

4. Special order when cargo is perishable from different causes.

### PRIZE.

### Letter from Commandant of Naval Station.